Paul NAGY, Plaintiff–Appellant,

v.

Officer RUFFIN; Nancy Oberman;
A. Evans; Stephen Dewalt,
Defendants–Appellees.

No. 02–7019.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 23, 2002.

Decided Oct. 8, 2002.

Paul Nagy, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellees.

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Paul Nagy appeals the district court's order denying his motion to reopen an action filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Nagy v. Ruffin,* No. CA–00–782–5–BO (E.D.N.C. June 7, 2002). We

dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*